ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| The Boeing Company ) | ASBCA No. 61958 |
| ) | |
| Under Contract No. F09603-01-D-0024 *et al.*) | |

APPEARANCES FOR THE APPELLANT:          Steven M. Masiello, Esq.
                                        Tess E. Gosda, Esq.
                                        Joel L. Hamner, Esq.
                                          Dentons US LLP
                                          Denver, CO

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Kara M. Klaas, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have settled their dispute and have jointly requested that the Board issue a decision in favor of appellant that incorporates the terms of agreement as set forth in their August 2, 2019 settlement agreement.

In accordance with Board Rule 19(d) and the request of the parties, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement agreement, which is herein incorporated into this opinion, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $680,599.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: August 26, 2019

JOHN J. THRASHER
Chairman
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61958, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2